IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| OLDE CAPITOL HILL COUNCIL, INC. d/b/a CALLE DOS CINCO IN HISTORIC CAPITOL HILL, an Oklahoma nonprofit corporation,<br><br>Plaintiff,<br><br>v.<br><br>ROGELIO ALMEIDA, an individual<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Case No. CIV-25-1332-G<br>)<br>)<br>)<br>) |

**ROGELIO ALMEIDA'S ANSWER TO PLAINTIFF'S COMPLAINT**

Defendant Rogelio Almeida ("Almeida") provides this Answer to Plaintiff's Complaint [Dkt. 1]. Almeida denies each and every allegation set forth in the Complaint except to the extent they are specifically and explicitly admitted below. To the extent any factual allegation is admitted, said admission is inapplicable to any purported conclusions, implication, inferences or speculations that Plaintiff contends follow from such admitted facts.

1. Denied.

2. Denied.

3. Denied.

**JURISDICTION & VENUE**

4. Admitted.

5. Admitted.

6. Admitted.

## PARTIES

7. Admitted.

8. Admitted.

## [ALLEGED] FACTUAL BACKGROUND

9. Denied.

10. Denied.

11. Denied.

12. Denied.

13. Denied.

14. Denied.

15. Denied.

## CLAIMS FOR RELIEF

### COUNT I
### (Computer Fraud and Abuse (18 U.S.C. § 1030))

16. Almeida incorporates by reference all of the preceding paragraphs as though fully set forth herein.

17. Denied.

18. Denied.

19. Denied.

20. Denied.

21. Denied.

## COUNT II
## (Oklahoma Deceptive Trade Practices Act (78 O.S. § 51 et seq.))

22. Almeida incorporates by reference all of the preceding paragraphs as though fully set forth herein.

23. Denied.

24. Denied.

25. Denied.

## COUNT III
## (Conversion)

26. Almeida incorporates by reference all of the preceding paragraphs as though fully set forth herein.

27. Denied.

28. Denied.

29. Denied.

## **PRAYER FOR RELIEF**

30. Almeida denies that Plaintiff is entitled to any of the relief sought in its "Prayer for Relief" and all subparagraphs therein.

## **DEFENSES**

No relief against Almeida is proper and any allegation expressed or implied by Plaintiff's Complaint not specifically and explicitly admitted in this Answer is denied. Further answering and responding to Plaintiff's Complaint, Almeida alleges the following defenses, but does not assume any burden of production or persuasion not otherwise required by applicable law by characterizing them as such:

3

1. With respect to one or more of Plaintiff's claims, Plaintiff has failed to state a claim upon which relief may be granted.

2. Plaintiff's claims are barred by reason of estoppel, waiver, or laches.

3. Plaintiff's claims are barred by reason of unclean hands.

4. Plaintiff cannot show the requisite mental state or level of conduct to be awarded exemplary and/or punitive damages, and any such imposition of exemplary and/or punitive damages would violate the United States Constitution.

5. Almeida's acts and/or omissions have been lawful and fair.

6. Plaintiff lacks ownership over the FilmFreeway account at issue.

7. Plaintiff's claims are barred because Plaintiff has suffered no damages or, alternatively, any harm or losses suffered by Plaintiff was not caused by Almeida.

8. Plaintiff is not entitled to an award of attorney's fees or other costs.

9. Plaintiff has failed to mitigate its damages if any such damages exist.

Almeida reserves the right to amend and/or supplement the averments of this Answer or his defenses to the extent discovery and/or investigation may reveal that any one or more other defenses are available to Almeida in this manner.

**WHEREFORE**, Almeida respectfully requests that the Court enter judgment in his favor and dismiss Plaintiff's Complaint in its entirety with prejudice and provide Almeida with such other and further relief as allowed by law.

        <u>*/s/ Zachary A.P. Oubre*</u>
        Zachary A.P. Oubre, OBA #30666
        McAfee & Taft A Professional Corporation
        8th Floor, Two Leadership Square
        211 North Robinson Avenue
        Oklahoma City, OK  73102
        Telephone:   (405) 235-9621
        Facsimile:    (405) 235-0439
        zach.oubre@mcafeetaft.com
        ***Attorneys for Defendant***